JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD HONG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAYTHEON COMPANY, a corporation; and DOES 1 through 100; inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-08828 JFW (PJWx)<br><br>[Assigned to:<br>District Court Judge John F. Walter<br>Magistrate Judge Patrick J. Walsh]<br><br>**ORDER RE: JOINT STIPULATION TO VACATE ALL PRETRIAL AND TRIAL-RELATED DATES AND TRANSFER CASE TO INACTIVE CALENDAR PENDING PLAINTIFF'S RETURN FROM MILITARY SERVICE**<br><br><br>State Action Filed: October 25, 2016<br>Trial Date:　　　　September 19, 2017 |

Plaintiff Donald Hong ("Plaintiff") and Defendant Raytheon Company ("Defendant") (jointly, the "Parties"), through their respective counsel, having submitted their JOINT STIPULATION TO VACATE ALL PRETRIAL AND TRIAL-RELATED DATES AND TRANSFER CASE TO INACTIVE CALENDAR PENDING PLAINTIFF'S RETURN FROM MILITARY SERVICE, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. All pending deadlines, pretrial and trial dates in this matter are hereby vacated;
2. This matter is hereby transferred to the inactive calendar pending Plaintiff's return from military duty and the Clerk is directed to administratively close this action;
3. Plaintiff shall notify the Court of his return from duty at the earliest opportunity and request to re-open the action, at which point the Court shall issue a renewed scheduling order setting forth new discovery deadlines, pretrial, and trial dates;

**IT IS SO ORDERED.**

DATED: June 29, 2017  _____
Hon. John F. Walter
United States District Court Judge